UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHON WILLIAM-DURAND
NEUHARD,

Defendant.

_____/

Case No. 2:15-cr-20425

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

## AMENDED ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EXCESS PAGES [37] AND STRIKING DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE [38]

Presently before the Court is Defendant's Motion for Leave to File Excess Pages, seeking to allow a reply brief in excess of the seven page limit set by Local Rule 7.1(d)(3)(B). Dkt. No. 37. Defendant sought to file a brief of up to 15 pages, *id.*, and filed a 14 page reply brief on January 22, 2016, prior to the Court's ruling on this motion. *See* Dkt. No. 38.

Defendant argues that an extension of the page limit is necessary to adequately address the legal issues raised in the government's response. Dkt. No. 37, p. 1 (Pg. ID No. 125). Government counsel did not concur with Defendant's requested extension. *Id.* at 2.

-1-

After reading Defendant's motion, the Court will **GRANT** Defendant an extension of three pages to his reply brief, bringing it to a maximum of **ten pages**. Additionally, the Court disregards and **HEREBY STRIKES** Defendant's Reply To Government's Response To Defendant's Motion To Suppress Evidence [38]. Defendant may file an amended reply, in accordance with the terms of this order, **by Thursday, January 28, 2016**.

IT IS SO ORDERED.

Dated:          January 26, 2016

/s/Gershwin    A Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge

-2-